# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN SHANNON, | ) | 3:14-cv-00505-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 7, 2015 |
| | ) | |
| A. HARROUN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:**  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:** KATIE LYNN OGDEN    **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request for Clarification FRCvP 4" (ECF No. 29). Plaintiff inquires as to the status of service upon Defendant Rhodes which he states "should have been made at no expense to me by the U.S. Marshal's Service." (*Id*.)

The Office of the Attorney General did not accept service of process on behalf of **Clinton Rhodes** who is no longer an employee of the Nevada Department of Corrections (ECF No. 13). However, the Attorney General has filed the last known address of this defendant under seal (ECF No. 15). If plaintiff wishes to have the U.S. Marshal attempt service on this defendant, he shall follow the instructions contained in this order.

Plaintiff's request for clarification (ECF No. 29), which the court will treat as a motion requesting issuance of summons (in accordance with ECF No. 11 at 2, ¶ 6), is **GRANTED.** The Clerk shall issue a summons for **Clinton Rhodes** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 14). The Clerk shall also send one copy of the complaint and one copy of this order to the U.S. Marshal for service on the defendant. The Clerk shall send to plaintiff one USM-285 form. Plaintiff shall have until **Monday**, **December 21, 2015,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If plaintiff fails to follow this order, defendant **Clinton Rhodes** may be subject to dismissal for failure to complete service of process pursuant to Fed. R .Civ. P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk