UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| JOHN SHANNON, | |
| Plaintiff, | CASE NO.: 3:14-CV-00505-RCJ-WGC |
| v. | O R D E R |
| A. HARROUN, *et al.*, | |
| Defendant. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #43) entered on June 27, 2016, in which the Magistrate Judge recommends the Court grant Defendants' Motions for Summary Judgment (ECF Nos. 36, 41). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #43).

IT IS HEREBY ORDERED Defendants' Motion for Summary Judgment (ECF #36) is GRANTED, and that action is DISMISSED WITH PREJUDICE as to Harroun and Moseley, and DISMISSED WITHOUT PREJUDICE as to Silva.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment (ECF #41) is GRANTED and the action is DISMISSED WITHOUT PREJUDICE as to Rhodes.

IT IS FURTHER ORDERED that The Clerk shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 17th day of August, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE