AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_****_____ DISTRICT OF \_\_NEVADA_____

JOHN SHANNON,

    Plaintiff,

  v.

A. HARROUN, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:14-cv-00505-RCJ-WGC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**\_X\_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF #36) is **granted,** and that action is **dismissed with prejudice** as to Harroun and Moseley, and **dismissed without prejudice** as to Silva.

    **IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF #41) is **granted** and the action is **dismissed without prejudice** as to Rhodes.

    August 17, 2016                                       **LANCE S. WILSON**
                                                                                   Clerk

                                                                                   /s/ K. Rusin
                                                                                   Deputy Clerk